IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Sylvia A. Nelson, | ) | C/A No.: 3:10-1923-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Equifax Information Services, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The defendant in this case has served a deposition subpoena on plaintiff's counsel, and plaintiff's counsel has moved to quash the subpoena and for a protective order.

Because the plaintiff's attorney has made a prima facie showing that any such deposition might involve information protected by the attorney-client or work product privilege, the court will quash the subpoena, without prejudice. If the defendant wishes to go forward with the deposition, it must serve a motion seeking leave of the court to take such deposition and the plaintiff will be entitled to the normal time prescribed by the Local Rules of this District to respond.

IT IS SO ORDERED.

April 18, 2011
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge